State Farm Insurance Companies   One State Farm Plaza Bloomington, IL 61710-0001
Tiffany Heidlebaugh    1160 Hammond Dr NE #127 Atlanta, GA 30328

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tiffany Heidlebaugh | State Farm Mutual Auto Ins Co | 266801 | 02/19/2022 | 03/04/2022 | 03/11/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 74.88 | 2,351.33 | 138.47 | 526.60 | 54.47 | 1,631.79 |
| YTD | 298.52 | 11,746.13 | 685.89 | 2,631.08 | 272.35 | 8,156.81 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Regular Hours | 02/26/2022 - 03/04/2022 | 38.75 | 29.528203 | 1,144.22 | 298.52 | 8,600.72 |
| Regular Hours | 02/19/2022 - 02/25/2022 | 36.13 | 29.528203 | 1,066.85 | | |
| Life Leave | 02/19/2022 - 02/25/2022 | 2.75 | 29.528203 | 81.20 | | |
| Life Leave | 02/26/2022 - 03/04/2022 | 2 | 29.528203 | 59.06 | 34.25 | 982.09 |
| Crisis Leave | | | | 0 | 8.5 | 241.34 |
| Loc. Cost Diff. - Lump Sum | | | | 0 | 0 | 311.76 |
| Non-PTO Paid Absence | | | | 0 | 7.75 | 220.04 |
| OurRewards Good Act Award | | | | 0 | 0 | 153.48 |
| PTO | | | | 0 | 42 | 1,236.50 |
| Retro OT Adj. - NonPC | | | | 0 | 0 | 0.20 |
| Earnings | | | | 2,351.33 | | 11,746.13 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 140.11 | 699.91 |
| Medicare | 32.77 | 163.69 |
| Federal Withholding | 245.06 | 1,224.40 |
| State Tax - GA | 108.66 | 543.08 |
| Employee Taxes | 526.60 | 2,631.08 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Savings Plan | 47.03 | 228.69 |
| Dental/PPO Before-Tax | 7.88 | 39.40 |
| Medical/PPO Before-Tax | 72.66 | 363.30 |
| Vision Before-Tax | 10.90 | 54.50 |
| Pre Tax Deductions | 138.47 | 685.89 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401K Loan 1 | 54.47 | 272.35 |
| Post Tax Deductions | 54.47 | 272.35 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Dental/PPO Non-Taxable | 13.42 | 67.10 |
| Medical/PPO Non-Taxable | 296.90 | 1,484.50 |
| Employer Paid Benefits | 310.32 | 1,551.60 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,259.89 | 11,288.93 |
| Medicare - Taxable Wages | 2,259.89 | 11,288.93 |
| Federal Withholding - Taxable Wages | 2,212.86 | 11,060.24 |
| State Tax Taxable Wages - GA | 2,212.86 | 11,060.24 |

| | Federal | State |
|---|---|---|
| | | A - Single |
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

| Absence Plans | | |
|---|---|---|
| Description | Used | Balance |
| PTO | 0.00 | 10.49 |
| Life Leave | (4.75) | 5.75 |
| Crisis Leave | 0.00 | 80.00 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| n/a | n/a ******5794 | ******5794 | 1,631.79 |

State Farm Insurance Companies   One State Farm Plaza Bloomington, IL 61710-0001
Tiffany Heidlebaugh    1160 Hammond Dr NE #127 Atlanta, GA 30328

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tiffany Heidlebaugh | State Farm Mutual Auto Ins Co | 266801 | 03/05/2022 | 03/18/2022 | 03/25/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 71.25 | 9,697.25 | 285.39 | 3,086.29 | 54.47 | 6,271.10 |
| YTD | 369.77 | 21,443.38 | 971.28 | 5,717.37 | 326.82 | 14,427.91 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Enterprise Incentive 2021 | 03/05/2022 - 03/18/2022 | 0 | 0 | 7,294.39 | 0 | 7,294.39 |
| Regular Hours | 03/12/2022 - 03/18/2022 | 40 | 29.528203 | 1,181.13 | 369.02 | 10,682.46 |
| Regular Hours | 03/05/2022 - 03/11/2022 | 30.5 | 29.528203 | 900.61 | | |
| PTO | 03/05/2022 - 03/11/2022 | 7.75 | 29.528203 | 228.84 | 49.75 | 1,465.34 |
| Life Leave | 03/05/2022 - 03/11/2022 | 2 | 29.528203 | 59.06 | 36.25 | 1,041.15 |
| Overtime | 03/12/2022 - 03/18/2022 | 0.75 | 44.293203 | 33.22 | 0.75 | 33.22 |
| Crisis Leave | | | | 0 | 8.5 | 241.34 |
| Loc. Cost Diff. - Lump Sum | | | | 0 | 0 | 311.76 |
| Non-PTO Paid Absence | | | | 0 | 7.75 | 220.04 |
| OurRewards Good Act Award | | | | 0 | 0 | 153.48 |
| Retro OT Adj. - NonPC | | | | 0 | 0 | 0.20 |
| Earnings | | | | 9,697.25 | | 21,443.38 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 595.56 | 1,295.47 |
| Medicare | 139.28 | 302.97 |
| Federal Withholding | 1,828.84 | 3,053.24 |
| State Tax - GA | 522.61 | 1,065.69 |
| Employee Taxes | 3,086.29 | 5,717.37 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Savings Plan | 193.95 | 422.64 |
| Dental/PPO Before-Tax | 7.88 | 47.28 |
| Medical/PPO Before-Tax | 72.66 | 435.96 |
| Vision Before-Tax | 10.90 | 65.40 |
| Pre Tax Deductions | 285.39 | 971.28 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401K Loan 1 | 54.47 | 326.82 |
| Post Tax Deductions | 54.47 | 326.82 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Dental/PPO Non-Taxable | 13.42 | 80.52 |
| Medical/PPO Non-Taxable | 296.90 | 1,781.40 |
| Employer Paid Benefits | 310.32 | 1,861.92 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 9,605.81 | 20,894.74 |
| Medicare - Taxable Wages | 9,605.81 | 20,894.74 |
| Federal Withholding - Taxable Wages | 9,411.86 | 20,472.10 |
| State Tax Taxable Wages - GA | 9,411.86 | 20,472.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | A - Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

| Absence Plans | | |
|---|---|---|
| Description | Used | Balance |
| PTO | (7.75) | 10.33 |
| Life Leave | (2.00) | 3.75 |
| Crisis Leave | 0.00 | 80.00 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| n/a | n/a ******5794 | ******5794 | 6,271.10 |

State Farm Insurance Companies   One State Farm Plaza Bloomington, IL 61710-0001
Tiffany Heidlebaugh    1160 Hammond Dr NE #127 Atlanta, GA 30328

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tiffany Heidlebaugh | State Farm Mutual Auto Ins Co | 266801 | 03/19/2022 | 04/01/2022 | 04/08/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 79.33 | 2,421.17 | 139.86 | 550.95 | 54.47 | 1,675.89 |
| YTD | 449.10 | 23,864.55 | 1,111.14 | 6,268.32 | 381.29 | 16,103.80 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Hours | 03/26/2022 - 04/01/2022 | 40 | 29.528203 | 1,181.13 | 447.52 | 13,000.43 | OASDI | 144.45 | 1,439.92 |
| Regular Hours | 03/19/2022 - 03/25/2022 | 38.5 | 29.528203 | 1,136.84 | | | Medicare | 33.78 | 336.75 |
| PTO | 03/19/2022 - 03/25/2022 | 2 | 29.528203 | 59.06 | 51.75 | 1,524.40 | Federal Withholding | 260.12 | 3,313.36 |
| Overtime | 03/26/2022 - 04/01/2022 | 0.83 | 44.293203 | 36.76 | 1.58 | 69.98 | State Tax - GA | 112.60 | 1,178.29 |
| Life Leave | 03/19/2022 - 03/25/2022 | 0.25 | 29.528203 | 7.38 | 36.5 | 1,048.53 | | | |
| Crisis Leave | | | | 0 | 8.5 | 241.34 | | | |
| Enterprise Incentive 2021 | | | | 0 | 0 | 7,294.39 | | | |
| Loc. Cost Diff. - Lump Sum | | | | 0 | 0 | 311.76 | | | |
| Non-PTO Paid Absence | | | | 0 | 7.75 | 220.04 | | | |
| OurRewards Good Act Award | | | | 0 | 0 | 153.48 | | | |
| Retro OT Adj. - NonPC | | | | 0 | 0 | 0.20 | | | |
| Earnings | | | | 2,421.17 | | 23,864.55 | Employee Taxes | 550.95 | 6,268.32 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Savings Plan | 48.42 | 471.06 | 401K Loan 1 | 54.47 | 381.29 |
| Dental/PPO Before-Tax | 7.88 | 55.16 | | | |
| Medical/PPO Before-Tax | 72.66 | 508.62 | | | |
| Vision Before-Tax | 10.90 | 76.30 | | | |
| Pre Tax Deductions | 139.86 | 1,111.14 | Post Tax Deductions | 54.47 | 381.29 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental/PPO Non-Taxable | 13.42 | 93.94 | OASDI - Taxable Wages | 2,329.73 | 23,224.47 |
| Medical/PPO Non-Taxable | 296.90 | 2,078.30 | Medicare - Taxable Wages | 2,329.73 | 23,224.47 |
| | | | Federal Withholding - Taxable Wages | 2,281.31 | 22,753.41 |
| Employer Paid Benefits | 310.32 | 2,172.24 | State Tax Taxable Wages - GA | 2,281.31 | 22,753.41 |

| | Federal | | State | Absence Plans | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | A - Single | Description | Used | Balance |
| Allowances | 1 | | 0 | PTO | (2.00) | 16.03 |
| Additional Withholding | 0 | | 0 | Life Leave | (0.25) | 3.50 |
| | | | | Crisis Leave | 0.00 | 80.00 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| n/a | n/a ******5794 | ******5794 | 1,675.89 |

State Farm Insurance Companies    One State Farm Plaza Bloomington, IL 61710-0001
Tiffany Heidlebaugh    1160 Hammond Dr NE #127 Atlanta, GA 30328

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tiffany Heidlebaugh | State Farm Mutual Auto Ins Co | 266801 | 04/02/2022 | 04/15/2022 | 04/22/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.75 | 2,369.64 | 138.83 | 532.99 | 54.47 | 1,643.35 |
| YTD | 521.85 | 26,234.19 | 1,249.97 | 6,801.31 | 435.76 | 17,747.15 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hours | 04/02/2022 - 04/08/2022 | 39.75 | 29.528203 | 1,173.75 | | |
| Regular Hours | 04/09/2022 - 04/15/2022 | 33 | 29.528203 | 974.43 | 520.27 | 15,148.61 |
| PTO | 04/09/2022 - 04/15/2022 | 6.25 | 29.528203 | 184.55 | 59 | 1,738.48 |
| PTO | 04/02/2022 - 04/08/2022 | 1 | 29.528203 | 29.53 | | |
| Life Leave | 04/09/2022 - 04/15/2022 | 0.25 | 29.528203 | 7.38 | 36.75 | 1,055.91 |
| Crisis Leave | | | | 0 | 8.5 | 241.34 |
| Enterprise Incentive 2021 | | | | 0 | 0 | 7,294.39 |
| Loc. Cost Diff. - Lump Sum | | | | 0 | 0 | 311.76 |
| Non-PTO Paid Absence | | | | 0 | 7.75 | 220.04 |
| OurRewards Good Act Award | | | | 0 | 0 | 153.48 |
| Overtime | | | | 0 | 1.58 | 69.98 |
| Retro OT Adj. - NonPC | | | | 0 | 0 | 0.20 |
| Earnings | | | | 2,369.64 | | 26,234.19 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 141.25 | 1,581.17 |
| Medicare | 33.04 | 369.79 |
| Federal Withholding | 249.01 | 3,562.37 |
| State Tax - GA | 109.69 | 1,287.98 |
| Employee Taxes | 532.99 | 6,801.31 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Savings Plan | 47.39 | 518.45 |
| Dental/PPO Before-Tax | 7.88 | 63.04 |
| Medical/PPO Before-Tax | 72.66 | 581.28 |
| Vision Before-Tax | 10.90 | 87.20 |
| Pre Tax Deductions | 138.83 | 1,249.97 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan 1 | 54.47 | 435.76 |
| Post Tax Deductions | 54.47 | 435.76 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Non-Taxable | 13.42 | 107.36 |
| Medical/PPO Non-Taxable | 296.90 | 2,375.20 |
| Employer Paid Benefits | 310.32 | 2,482.56 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,278.20 | 25,502.67 |
| Medicare - Taxable Wages | 2,278.20 | 25,502.67 |
| Federal Withholding - Taxable Wages | 2,230.81 | 24,984.22 |
| State Tax Taxable Wages - GA | 2,230.81 | 24,984.22 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | A - Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Used | Balance |
|---|---|---|
| PTO | (7.25) | 16.48 |
| Life Leave | (0.25) | 3.25 |
| Crisis Leave | 0.00 | 80.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| n/a | n/a ******5794 | ******5794 | 1,643.35 |

State Farm Insurance Companies   One State Farm Plaza Bloomington, IL 61710-0001
Tiffany Heidlebaugh    1160 Hammond Dr NE #127 Atlanta, GA 30328

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tiffany Heidlebaugh | State Farm Mutual Auto Ins Co | 266801 | 04/16/2022 | 04/29/2022 | 05/06/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 73.00 | 2,317.97 | 137.80 | 514.97 | 54.47 | 1,610.73 |
| YTD | 594.85 | 28,552.16 | 1,387.77 | 7,316.28 | 490.23 | 19,357.88 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Regular Hours | 04/23/2022 - 04/29/2022 | 37.75 | 29.528203 | 1,114.69 | 593.27 | 17,304.17 |
| Regular Hours | 04/16/2022 - 04/22/2022 | 35.25 | 29.528203 | 1,040.87 | | |
| Life Leave | 04/16/2022 - 04/22/2022 | 3.25 | 29.528203 | 95.97 | 40 | 1,151.88 |
| PTO | 04/23/2022 - 04/29/2022 | 2 | 29.528203 | 59.06 | 61.25 | 1,804.92 |
| PTO | 04/16/2022 - 04/22/2022 | 0.25 | 29.528203 | 7.38 | | |
| Crisis Leave | | | | 0 | 8.5 | 241.34 |
| Enterprise Incentive 2021 | | | | 0 | 0 | 7,294.39 |
| Loc. Cost Diff. - Lump Sum | | | | 0 | 0 | 311.76 |
| Non-PTO Paid Absence | | | | 0 | 7.75 | 220.04 |
| OurRewards Good Act Award | | | | 0 | 0 | 153.48 |
| Overtime | | | | 0 | 1.58 | 69.98 |
| Retro OT Adj. - NonPC | | | | 0 | 0 | 0.20 |
| Earnings | | | | 2,317.97 | | 28,552.16 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 138.04 | 1,719.21 |
| Medicare | 32.28 | 402.07 |
| Federal Withholding | 237.87 | 3,800.24 |
| State Tax - GA | 106.78 | 1,394.76 |
| Employee Taxes | 514.97 | 7,316.28 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Savings Plan | 46.36 | 564.81 |
| Dental/PPO Before-Tax | 7.88 | 70.92 |
| Medical/PPO Before-Tax | 72.66 | 653.94 |
| Vision Before-Tax | 10.90 | 98.10 |
| Pre Tax Deductions | 137.80 | 1,387.77 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401K Loan 1 | 54.47 | 490.23 |
| Post Tax Deductions | 54.47 | 490.23 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Dental/PPO Non-Taxable | 13.42 | 120.78 |
| Medical/PPO Non-Taxable | 296.90 | 2,672.10 |
| Employer Paid Benefits | 310.32 | 2,792.88 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,226.53 | 27,729.20 |
| Medicare - Taxable Wages | 2,226.53 | 27,729.20 |
| Federal Withholding - Taxable Wages | 2,180.17 | 27,164.39 |
| State Tax Taxable Wages - GA | 2,180.17 | 27,164.39 |

| | Federal | | State |
|---|---|---|---|
| Marital Status | Single | | A - Single |
| Allowances | 1 | | 0 |
| Additional Withholding | 0 | | 0 |

| Absence Plans | | |
|---|---|---|
| Description | Used | Balance |
| PTO | (2.25) | 21.88 |
| Life Leave | (3.25) | 0.00 |
| Crisis Leave | 0.00 | 80.00 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| n/a | n/a ******5794 | ******5794 | 1,610.73 |